Shanny Lee, Calif. Bar No. 213599
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mrlee1066@yahoo.com

Attorney for plaintiff Mary L. Gillett

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARY L. GILLETT,                                  )   No. 2:07-cv-03860-MAN
(XXX-XX-0535)                                     )
                                                  )   [PROPOSED] ORDER AWARDING
              PLAINTIFF,                          )   EAJA FEES
                                                  )
       v.                                         )
                                                  )
MICHAEL J. ASTRUE,                                )
COMMISSIONER OF SOCIAL                            )
SECURITY,                                         )
                                                  )
                                                  )
              DEFENDANT.                           )

       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

       IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of SIX THOUSAND DOLLARS and no/100's ($6,000.00), as authorized by 28 U.S.C.  2412(d), and subject to the terms and conditions of the Stipulation.

       DATED: December 12, 2008


                                        _____/s/_____
                                        HONORABLE MARGARET A. NAGLE
                                        UNITED STATES MAGISTRATE JUDGE
                                        Proposed Order for EAJA fees


                                        - 1